Priority —
Send —
Enter —
Closed —
JS-5/JS-6 —
JS-2/JS-3 —
Scan Only —

FILED
CLERK, U.S. DISTRICT COURT

AUG - 6 2009

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ADRIAN TARVER,

                    Petitioner,

          vs.

ROBERT A. HOREL, Warden,

                    Respondent.

Case No. EDCV 06-1371-RGK (OP)

J U D G M E N T

          Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

          IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

                                      AUG - 6 2009

DATED: _____

                              HONORABLE R. GARY KLAUSNER
                              United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge